IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LEE JASPER,

      Plaintiff,                    No. CIV S-06-1177 GEB EFB P

   vs.

KHOURY, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On June 26, 2006, the filing fee was paid in this case. On January 3, 2008, plaintiff filed a request for an extension of time in which to submit his application to proceed *in forma pauperis*. On January 9, 2008, plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). However, in light of the filing fee being paid in this action, plaintiff's application to proceed *in forma pauperis* is denied as unnecessary.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's January 3, 2008, request for an extension of time is denied as unnecessary; and

////

////

1

2. Plaintiff's January 9, 2008, request for leave to proceed *in forma pauperis* is denied as unnecessary.

Dated: April 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE