IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LEE JASPAR,

        Plaintiff,                    No. CIV S-06-1177 GEB EFB P

        vs.

KHOURY, et al.,

        Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a responsive pleading to plaintiff's complaint. *See* Fed. R. Civ. P. 6(b).

      Defendants' May 23, 2008, request is granted and defendants have 20 days from the date this order is served to file and serve a responsive pleading to plaintiff's complaint.

      So ordered.

DATED: June 3, 2008.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE