IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LEE JASPAR,

        Plaintiff,                      No. CIV S-06-1177 GEB EFB P

    vs.

KHOURY, et al.,

        Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants Aguilera, Bick, Donahue and Khoury request an extension of time to file and serve a reply to plaintiff's opposition to defendants' motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Defendants' August 11, 2008 request is granted and defendants' August 28, 2008 reply brief is deemed timely filed. The court will rule on the motion to dismiss in due course.

      So ordered.

Dated: October 8, 2008.

                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE