IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LEE JASPAR,

    Plaintiff,   No. CIV S-06-1177 GEB EFB P

    vs.

KHOURY, et al.,

ORDER

    Defendants.

_____/

    Plaintiff is a prisoner proceeding without counsel in an action under 42 U.S.C. § 1983. On July 2, 2008, he filed a request that the court order defendants' counsel to produce contact information for defendant Bradley, who has not yet been served. On July 18, 2008, defendants opposed the request on the ground that defendants' counsel appropriately responded to plaintiff's request on July 3, 2008, thus, rendering plaintiff's request moot. Plaintiff did not file a reply brief or otherwise dispute defendants' representations to the court. Accordingly, it is hereby ordered that plaintiff's July 2, 2008, request is DENIED as moot.

DATED: January 27, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE