IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LEE JASPAR,

    Plaintiff,                    2:06-cv-1177-GEB-EFB-P

    vs.

KHOURY, et al.,

    Defendants.             ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 29, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to either of the findings and recommendations.

        The court has reviewed the file and finds both findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. Both of the findings and recommendations filed January 29, 2009, are adopted in full;

2. Plaintiff's claims against defendants Hodges-Wilkins and Grannis are dismissed without prejudice; and,

3. Defendants' June 23, 2008, motion to dismiss is granted in part and denied in part, as follows:

   a. Plaintiff's deliberate indifference claims are dismissed without prejudice as to defendants Khoury and Donahue;

   b. Defendants' request for qualified immunity is denied;

   c. Plaintiff's conspiracy claim is dismissed without prejudice; and

   d. Plaintiff's negligence and emotional distress claims are dismissed with prejudice and therefore, defendants Donahue and Khoury are dismissed from this action.

Dated: March 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge