1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MATTHEW LEE JASPAR,

11          Plaintiff,                          No. CIV S-06-1177 GEB EFB P

12          vs.

13   KHOURY, et al.,

14          Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  The action proceeds on plaintiff's May 31, 2006 complaint.

18          On April 23, 2008, process was returned unexecuted because defendant Bradley could

19   not be located.  On May 14, 2008, the court directed plaintiff to discover defendant Bradley's

20   whereabouts and gave him 60 days to submit papers to again attempt service of process on

21   defendant Bradley.  The court warned plaintiff that failure to comply with the order or show

22   good cause for such failure would result in a recommendation that this action be dismissed as to

23   that defendant.  Service of process must be effected within 120 days of the filing of the

24   complaint unless plaintiff demonstrates good cause.  Fed. R. Civ. P. 4(m).  Plaintiff has not

25   complied with or otherwise responded to the court's May 14, 2008 order.

26   ////

1    Accordingly, the court recommends that this action be dismissed without prejudice with

2    respect to defendant Bradley.

3    These findings and recommendations are submitted to the United States District Judge

4    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

5    after being served with these findings and recommendations, any party may file written

6    objections with the court and serve a copy on all parties.  Such a document should be captioned

7    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8    within the specified time may waive the right to appeal the District Court's order. *Turner v.*

9    *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10   Dated:  March 16, 2009.

11

12                          EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26