IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LEE JASPAR,

    Plaintiff,                    No. CIV S-06-1177 GEB EFB P

    vs.

KHOURY, et al.,

    Defendants.           <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Currently pending before the court is plaintiff's request for an extension of time to respond to defendants' request for production of documents and defendants' request for an extension of time to take plaintiff's deposition after the court rules on defendants' motion for summary judgment.

    Good cause appearing, it is hereby ORDERED that plaintiff's July 9, 2009 motion is granted and plaintiff has 20 days from the date this order is issued, to respond to defendants' request for production of documents.

////

////

////

1

1   It is further ORDERED that defendants' July 24, 2009 motion is granted.  *See* Fed. R.
2 Civ. P. 16(b).  The July 24, 2009 deadline for taking depositions is hereby vacated, and the court
3 will set a new deadline, if necessary, after ruling on defendants' pending motion for summary
4 judgment.
5 DATED:  August 24, 2009.

              *[signature]*
              EDMUND F. BRENNAN
              UNITED STATES MAGISTRATE JUDGE