1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MATTHEW LEE JASPAR,

11               Plaintiff,              Case No. 2:06-cv-1177GEB KJN P

12        vs.

13   KHOURY, et al.,

14               Defendants.             <u>ORDER</u>

15   _____/

16        On February 11, 2011, defendants filed a motion to dismiss a portion of plaintiff's

17   complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Dkt. No. 73.)  Plaintiff has not

18   opposed the motion (although he filed a "response" to the answer filed by defendants).

19        Local Rule 230(*l*) provides in part:  "Failure of the responding party to file written

20   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21   the granting of the motion . . . ."  On November 2, 2010, plaintiff was advised of the

22   requirements for filing an opposition to a motion and that failure to oppose such a motion may be

23   deemed a waiver of opposition to the motion.  (Dkt. No. 70)

24        Local Rule 110 provides that failure to comply with the Local Rules "may be

25   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26   inherent power of the Court."  In the order filed November 2, 2010, plaintiff was also advised

1   that failure to comply with the Local Rules may result in a recommendation that the action be

2   dismissed.

3            Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

4            **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute
             or to comply with these rules or a court order, a defendant may
5            move to dismiss the action or any claim against it.  Unless the
             dismissal order states otherwise, a dismissal under this subdivision
6            (b) and any dismissal not under this rule--except one for lack of
             jurisdiction, improper venue, or failure to join a party under Rule
7            19--operates as an adjudication on the merits.

8   Id.

9            Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

10  date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file

11  an opposition will be deemed as consent to have the:  (a) pending motion granted; (b) action

12  dismissed for lack of prosecution; and (c) action dismissed based on plaintiff's failure to comply

13  with these rules and a court order.  Such a failure shall result in a recommendation that this

14  action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

15  DATED:  March 31, 2011

16

17                                     _____

18                                     KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE

19  jasp1177.nooppo.kjn

20

21

22

23

24

25

26