IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW LEE JASPAR,** | Case No. 2:06-CV-1177 GEB KJN P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND CLOSING CASE** |
| v. | |
| **KHOURY, et al.,** | |
| Defendants. | |

The parties have executed and submitted a stipulation for voluntary dismissal of this entire action without prejudice. (Dkt. No. 88). Accordingly, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint filed September 30, 2010 (Dkt. No. 64) is hereby DISMISSED in its entirety as to all Defendants without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

IT IS SO ORDERED.
**Date:  4/19/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1